AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) <br> ) <br> ) | 8:06CR157 |
| v. | ) <br> ) | USM No: 20864-047 |
| DION T. CRIBBS<br>Defendant.<br>Date of previous judgment: 12/11/2006 | ) <br> ) <br> ) | <u>JULIE B.  HANSEN</u><br>Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the defendant under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 84 months is reduced to 70 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 | months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated December 11, 2006 shall remain in effect.
**IT IS SO ORDERED.**

Dated this 15th day of May, 2008
Effective Date: Thursday, May 29, 2008

s/ Laurie Smith Camp
United States District Judge