# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                      )<br>            Plaintiff,                        )<br>                                                      )      **8:06CR157**<br>       vs.                                        )<br>                                                      )      **ORDER**<br>DION T. CRIBBS,                        )<br>                                                      )<br>            Defendant.                  ) | |

Defendant Dion T. Cribbs appeared before the court on Wednesday, December 21, 2011 on a Petition for Warrant or Summons for Offender Under Supervision [54]. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney, and the United States was represented by Assistant U.S. Attorney Robert C. Sigler. The government did not request detention therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **February 27, 2012 at 10:00 a.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 21st day of December, 2011.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge